LAWRENCE G. BROWN
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
THEOPHOUS H. REAGANS, SBN 189450

    333 Market Street, Suite 1500
    San Francisco, CA 94105
    Telephone: (415) 977-8943
    Fax: (415) 744-0134

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| MARIA E. UNDERWOOD, | ) Case No. 1:08-CV-01241 - SMS |
|---|---|
| Plaintiff, | ) |
| vs. | ) STIPULATION AND ORDER FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) |
| Defendant. | ) |

    The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that the above-referenced case be remanded to the Commissioner of Social Security for further administrative proceedings, pursuant to sentence four of 42 U.S.C. section 405(g).

    On remand, the Appeals Council will instruct the Administrative Law Judge to take the following action:

    1)    Reevaluate Claimant's subjective complaints and provide rationale in accordance with 20 C.F.R. § 404.1529 and Social Security Ruling (SSR) 96-7p.

1  2) Obtain additional evidence concerning Claimant's
2      neck/back impairments in order to complete the record.
3      The additional evidence may include, if warranted, a
4      consultative examination with medical source statements
5      about what Claimant can still do despite her
6      impairments.
7  3) If warranted, obtain evidence from a medical expert to
8      clarify the nature and severity of Claimant's
9      impairments.
10 4) Re-evaluate Claimant's residual functional capacity in
11     light of the additional evidence.
12 5) Provide Claimant the opportunity to attend an in-person
13     hearing if desired;
14 6) If warranted on the expanded record, obtain evidence
15     from a vocational expert to clarify the effect of the
16     assessed limitations on Claimant's occupational base;
17     and
18 7) Otherwise develop the record as needed.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of plaintiff; and against defendant, Commissioner of Social Security, reversing the final decision of the Commissioner.

Respectfully submitted,

Dated: June 11, 2009

_____
*(As authorized* via facsimile)
ANN M. CERNEY
Attorney for Plaintiff

Stip & Proposed Order Re Remand                                  Page 2

1 | Dated: June 11, 2009              LAWRENCE G. BROWN
                                      United States Attorney
2                                     LUCILLE GONZALES MEIS
                                      Regional Chief Counsel, Region IX
3
                                 By:  */s/Theophous H. Reagans*
4                                     THEOPHOUS H. REAGANS
                                      Special Assistant U.S. Attorney
5                                     Attorneys for Defendant

6
                                      ORDER
7

8

9
IT IS SO ORDERED.
10
**Dated:   June 15, 2009**              /s/ Sandra M. Snyder
11                                      UNITED STATES MAGISTRATE JUDGE