# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA E. UNDERWOOD,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　　　Defendant.<br>_____/ | CASE NO. 1:08-cv-01241-SMS<br><br>ORDER DENYING MOTION FOR<br>ATTORNEYS' FEES AS UNTIMELY<br><br>(Docs. 23 & 28) |

　　　　Plaintiff Maria Underwood appealed the Commissioner's denial of Social Security disability benefits.  On June 16, 2009, this Court signed the parties' Stipulation and Order for Remand (Doc. 19), and the Clerk of Court entered final judgment (Doc. 20).  On September 14, 2009, Plaintiff moved for attorneys' fees under the Equal Access to Justice Act (28 U.S.C. § 2412 (d)) (Doc. 23).  Because Plaintiff failed to submit her claim for attorneys' fees within thirty days of final judgment as required by 28 U.S.C. § 2412 (d)(1)(B), her claim was untimely.

　　　　Accordingly, this Court hereby DENIES Plaintiff's motion for attorneys' fees.


IT IS SO ORDERED.

**Dated:**　　**June 2, 2010**　　　　　　　　　　　/s/ Sandra M. Snyder
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE