# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA E. UNDERWOOD,<br><br>        Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>        Defendant.<br>_____ / | CASE NO. 1:08-cv-01241-SMS<br><br>ORDER VACATING COURT ORDER<br>DATED JUNE 3, 2010<br><br>(Doc. 31) |

Plaintiff moves the Court to vacate its order of June 3, 2010, which found her application for attorneys' fees untimely. Having reviewed the motion and applicable law, this Court vacates its order dated June 3, 2010, which dismissed as untimely Plaintiff's application for attorneys' fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412 (d).

The relevant portion of the EAJA provides that the party seeking an award of fees and other expenses shall submit its application to the court within thirty days of the final judgment in the action. 28 U.S.C. § 2412 (d)(1)(B). A "final judgment" is one that is final and not appealable. 28 U.S.C. § 2412 (d)(2)(G).

The Court entered final judgment pursuant to sentence four of 42 U.S.C. § 405, in accordance with the parties' stipulation, on June 16, 2009. The judgment became final on Monday, August 16, 2009, and Plaintiff's petition for attorneys' fees had to be filed within thirty days thereafter. Plaintiff's motion for attorneys' fees, filed September 14, 2009, was timely. *See Shalala v. Schaefer*, 509 U.S. 292, 302-03 (1993).

Case 1:08-cv-01241-SMS   Document 33   Filed 11/15/10   Page 2 of 2

Accordingly, the Court hereby VACATES its Order Denying Motion for Attorneys' Fees as Untimely, entered June 3, 2010 (Doc. 30).

IT IS SO ORDERED.

**Dated:   November 15, 2010**               /s/ Sandra M. Snyder
                                                                 UNITED STATES MAGISTRATE JUDGE

2